IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION


TERRY LAMAR McCOY                                                    PETITIONER


No. 4:22-cv-00682 KGB/PSH


JOSEPH GORMAN, LAFAYETTE
WOODS, JR., and LESLIE RUTLEDGE                          RESPONDENTS


FINDINGS AND RECOMMENDATION

INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

DISPOSITION

Petitioner Terry Lamar McCoy ("McCoy") filed his petition for writ of habeas corpus on July 26, 2022. On August 4, the Court ordered him to either submit the $5.00 filing fee or a properly completed in forma pauperis application.

On that same date, McCoy filed a notice indicating that payment was attached. No payment was attached. Docket entry no. 4. McCoy was notified that failure to comply with the August 4 Order would result in a recommendation that the case be dismissed without prejudice. Docket entry no. 3.

McCoy has not responded to the Court's Order, paid the filing fee, or submitted an in forma pauperis application. Under these circumstances, the Court concludes that McCoy's petition should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, the Court must determine whether to recommend issuance of a certificate of appealability in the final order. In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). The Court finds no issue on which petitioner has made a substantial showing of a denial of a constitutional right. Thus, the undersigned recommends that the certificate of appealability be denied.

IT IS SO RECOMMENDED this 9th day of September, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

IT IS SO RECOMMENDED this 9th day of September, 2022.

_____
UNITED STATES MAGISTRATE JUDGE