# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TERRY LAMAR MCCOY**                                                                                          **PETITIONER**

v.                                         Case No. 4:22-cv-00682-KGB

**JOSEPH GORMAN,** *et al.*                                                                                 **DEFENDANTS**

## ORDER

The Court has reviewed the Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 5).  Petitioner Terry Lamar McCoy has not filed any objections, and the time to file objections has passed.  Accordingly, after careful consideration, the Court approves and adopts the Findings and Recommendation in its entirety as this Court's findings in all respects (*Id.*).  Mr. McCoy's petition is dismissed without prejudice for failure to prosecute (Dkt. No. 1).  Mr. McCoy has not made a substantial showing of the denial of a constitutional right, and the Court declines to issue a certificate of appealability.  *See* 28 U.S.C. § 2253.

It is so ordered this the 6th day of February, 2023.

_____
Kristine G. Baker
United States District Judge