# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TERRY LAMAR MCCOY**                                                                 **PETITIONER**

v.                              Case No. 4:22-cv-00682-KGB

**JOSEPH GORMAN,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that petitioner Terry Lamar McCoy's claims are dismissed without prejudice. The Court denies a certificate of appealability.

It is so adjudged this 6th day of February, 2023.

_____
Kristine G. Baker
United States District Judge